

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00196-CV

| | | |
|---|---|---|
| Michael D. Wilson | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-002602-1) |
| v. | § | December 31, 2015 |
| The Bluffs at Paradise Creek | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM